1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

8   PENNY ARNOLD,

9                  Plaintiff,                    CIV. NO. S-10-3119 KJM GGH PS

10            vs.

11  COUNTY OF EL DORADO, et al.,

12                Defendants.                    ORDER
    _____/

13

14            Defendants' motion for terminating sanctions presently is calendared for hearing

15  on May 3, 2012.  Having reviewed the record, the court will not entertain oral argument at this

16  time, but will vacate the hearing subject to its potential resetting following review of the

17  following evidence which first shall be submitted as follows.

18            The disc submitted by defendants containing the four videos received from

19  plaintiff's cell phone as referenced in their papers, is for the most part unreadable by the court's

20  computer system.  Defendants shall produce a disc for which they have verified the video

21  imaging is compatible with Windows Media Player.  This disc shall be produced both to the

22  court and to plaintiff within seven days of this order.

23            Plaintiff shall produce the following documentation to the court for *in camera*

24  review within seven days (that is, plaintiff shall transmit the information directly to Chambers

25  without filing it in the record of this case): (1) her income tax returns for the past three years; (2)

26  her bank account statements from April, 2011 through April, 2012; and (3) all documents

1

relating to plaintiff's employment agreements for the current (2012) year.  Plaintiff is advised that her case is in serious jeopardy.  Failure to comply with this order will be considered in regard to defendants' sanctions motion.

Should submission of the aforementioned evidence result in a determination that oral argument is unnecessary, the motion shall then be taken under submission without a hearing.  See E.D. Cal. L.R. 230(g).   Alternatively, further orders may issue, and/or a hearing may be set.

Accordingly, IT IS ORDERED that:

1.  The May 3, 2012 hearing on defendants' motion for terminating sanctions, filed April 2, 2012, is vacated; and

2. The parties shall submit the evidence set forth above within seven days of this order.

DATED: April 30, 2012

_/s/ Gregory G. Hollows_
UNITED STATES MAGISTRATE JUDGE

GGH:076:Arnold3119.vac.wpd