**RICHARD H. CAULFIELD, SBN 50258**
**ANDREW T. CAULFIELD, SBN 238300**
**CAULFIELD, DAVIES & DONAHUE, LLP**
**P.O. BOX 277010**
**Sacramento, CA  95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**

**Attorneys for Defendants County of El Dorado**
**Ken Brown, Scott Crawford**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| PENNY ARNOLD,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF EL DORADO, et al.,<br><br>          Defendants.<br>_____ | Case No.  2:10-CV-03119-KJM-GGH PS<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR A PROTECTIVE ORDER STAYING DISCOVERY AND CONTINUING PRETRIAL DATES PENDING THE COURT'S RULING ON DEFENDANTS' MOTION FOR TERMINATING SANCTIONS**<br><br>**Magistrate Judge Gregory G. Hollows** |

Defendants County of El Dorado, Ken Brown and Scott Crawford's (hereinafter, collectively "Defendants") Ex Parte Application For Protective Order Staying Discovery having been presented to this Court, and this Court having considered the moving papers, and good cause appearing therefor[1]:

**IT IS HEREBY ORDERED**:

(1) Discovery in this case is hereby stayed.

(2) The current discovery cut-off deadline (of May 17, 2012) is extended by ninety (90) days.[2]

---

[1]  Plaintiff was served with the application but did not file an opposition.

[2]  Deadlines are extended longer than requested for the reasons stated in an accompanying order.

---

1

Order On Ex Parte Application                                                                 Case No.  2:10-CV-03119-KJM-GGH

(3) The current dispositive motion cut-off (of June 28, 2012) is extended by ninety (90) days.

**IT IS SO ORDERED.**

Dated: May 17, 2012        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        Magistrate Judge