1  **RICHARD H. CAULFIELD, SBN 50258**
   **ANDREW T. CAULFIELD, SBN 238300**
2  **CAULFIELD, DAVIES & DONAHUE, LLP**
   **P.O. BOX 277010**
3  **Sacramento, CA  95827**
   **Telephone: (916) 817-2900**
4  **Facsimile:  (916) 817-2644**

5

6  **Attorneys for Defendants County of El Dorado**
   **Ken Brown, Scott Crawford**

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                          -o0o-

11 PENNY ARNOLD,                    | Case No.  2:10-CV-03119-KJM-GGH PS

12         Plaintiff,                | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR A PROTECTIVE ORDER STAYING DISCOVERY AND CONTINUING PRETRIAL DATES PENDING THE COURT'S RULING ON DEFENDANTS' MOTION FOR TERMINATING SANCTIONS**

13    v.

14 COUNTY OF EL DORADO, et al.,

15         Defendants.

16

17                                   | **Magistrate Judge Gregory G. Hollows**

18
        Defendants County of El Dorado, Ken Brown and Scott Crawford's (hereinafter, collectively
19
"Defendants") Ex Parte Application For Protective Order Staying Discovery having been presented
20
to this Court, and this Court having considered the moving papers, and good cause appearing
21
therefor[1]:
22
        **IT IS HEREBY ORDERED**:
23
        (1) Discovery in this case is hereby stayed.
24
        (2) The current discovery cut-off deadline (of May 17, 2012) is extended by ninety (90)
25
            days.[2]
26
---
27 [1]  Plaintiff was served with the application but did not file an opposition.

28 [2]  Deadlines are extended longer than requested for the reasons stated in an accompanying order.

1

1  (3) The current dispositive motion cut-off (of June 28, 2012) is extended by ninety (90) days.

**IT IS SO ORDERED.**

Dated: May 17, 2012        /s/ Gregory G. Hollows
                                       _____
                                              GREGORY G. HOLLOWS
                                              Magistrate Judge