IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PENNY ARNOLD,

          Plaintiff,                       No. 2:10-cv-3119 KJM GGH PS

      vs.

COUNTY OF EL DORADO, et al.,

          Defendants.                 ORDER

_____/

In light of defendants' motion for terminating sanctions, presently under submission, the following dates set in this court's November 22, 2011 scheduling order are vacated, to be rescheduled at a later date if necessary. The remainder of that scheduling order is unchanged.

Accordingly, IT IS ORDERED that:

1. The pretrial conference, scheduled for August 15, 2012, at 11:00 a.m. before Judge Mueller, is vacated.

2. Trial, currently scheduled for October 1, 2012 at 9:00 a.m. before Judge Mueller, is vacated.

DATED: July 2, 2012

                             /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE

GGH/076
Arnold3119.vacsch.wpd

1